# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00627-CV

## In re Gerald Froemming, D.D.S.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of injunction and motion for emergency stay are denied. *See*
Tex. R. App. P. 52.8(a), 52.10.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   December 9, 2011